**94–127.** Scheeler v. Fink. *Ross County,* No. 1928. On motion for leave to file *amicus* of Ohio N.O.W. Education and Legal Fund. Motion granted.

**94–194.** Galbreath v. Firestone. *Franklin County,* Nos. 93AP–238, 93AP–239, 93AP–240 *et seq.* On motion for leave to appear *pro hac vice.* Motion granted.

MOYER, C.J., dissents.

**94–207.** Vom Baur v. Vom Baur. *Licking County,* No. 93CA00026. On motion for leave to exceed page limit. Motion denied.

DOUGLAS, J., dissents.

**94–232.** State v. Bentley. *Ashtabula County,* No. 93–A–1791. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**94–268.** State v. Osting. *Allen County,* No. 1–93–55. On request for extension of time and on motion for leave to file instanter. Request and motion granted.

WRIGHT, J., dissents.